# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL LEE DUNN,

            Plaintiff,

vs.

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, et al.,

           Defendants.

Case No. 2:13-cv-02190-JCM-PAL

**ORDER**

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered November 26, 2013, regarding removal of this case to federal district court. On December 13, 2013, Defendant Property and Casualty Insurance Company of Hartford filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., January 22, 2014,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 8th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge