DARREN T. BRENNER
Nevada Bar No. 8386
KIMBERLEY A. HYSON
Nevada Bar No. 11611
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:   darren.brenner@akerman.com
Email:   kimberley.hyson@akerman.com

*Attorneys for Property & Casualty*
*Insurance Company of Hartford*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LEE DUNN,<br><br>             Plaintiff,<br><br>v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>             Defendants. | Case No.: 2:13-cv-02190-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, by and through its attorneys AKERMAN LLP and Plaintiff DANIEL LEE DUNN by and through his attorneys RICHARD HARRIS LAW FIRM, hereby stipulate and agree that the above-entitled matter be dismissed,

. . .

. . .

. . .

. . .

{28105094;1}

with prejudice, the parties to bear the respective fees and costs.

DATED this 20th day of ~~February~~ March, 2014.

| RICHARD HARRIS LAW FIRM | AKERMAN LLP |
|---|---|
| BY: _____ <br> BENJAMIN CLOWARD, ESQ. <br> Nevada Bar No. 11087 <br> 801 S. Fourth St. <br> Las Vegas, Nevada 89101 <br> *Counsel for Plaintiff* <br> *Daniel Lee Dunn* | BY: _____ <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> KIMBERLEY A. HYSON, ESQ. <br> Nevada Bar. No. 11611 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV  89144 <br> Phone:  (702) 634-5000 <br> Fax:  (702) 380-8572 <br> *Attorneys for Defendant Property and Casualty Insurance Company of Hartford* |

### ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 24, 2014